and *Kenneth C. Patty,* First Assistant Attorney General, for the Commonwealth of Virginia; and *John J. O'Connell,* Attorney General, and *Joseph L. Coniff, Mike Johnston* and *John R. Miller,* Assistant Attorneys General, for the State of Washington.

No. 498. LIPSETT STEEL PRODUCTS, INC. *v.* MOSLEY ET AL.; and
No. 550. CIA. MAR. ADRA, S. A. *v.* MOSLEY. C. A. 2d Cir. Certiorari denied. *Edmund F. Lamb* for petitioner in No. 498. *Victor S. Cichanowicz* for petitioner in No. 550 and for Cia. Mar. Adra, S. A., respondent in No. 498. *George J. Engelman* for Mosley, respondent in both cases. Reported below: 362 F. 2d 118.

No. 499. NEW MEXICO PUBLIC SERVICE COMMISSION ET AL. *v.* COMMUNITY PUBLIC SERVICE CO. Sup. Ct. N. M. Certiorari denied. *Boston E. Witt,* Attorney General of New Mexico, *Leland Stone,* Special Assistant Attorney General, and *William M. Siegenthaler* for petitioners. *Ross L. Malone* and *Bennett L. Smith* for respondent.

No. 501. KINDELL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *William E. Ladin* for petitioner.

No. 503. BEAR SALES CO. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. *Charles Rowan* and *Willis Hagen* for petitioners. *Solicitor General Marshall* and *James McI. Henderson* for respondent.

No. 514. BRONNER *v.* GOLDMAN ET AL. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. John F. X. Gaquin* for respondents.